FILED

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0608

SUPREME COURT OF THE STATE OF MONTANA

CASE NO. DA 22-0608

SCOTT RYSEWYK,

Plaintiff, Counter-Defendant, and Appellee

vs.

MONTANA OPTICOM, LLC,

Defendant, Counter-Plaintiff, and Appellant.

On Appeal from the Montana Eighteenth Judicial District Court, Gallatin County,
Cause No. DV 22-388A
Before Hon. Peter B. Ohman

**ORDER EXTENDING TIME TO FILE APPELLEE'S BRIEF**

Michael L. Rabb (#13734)
THE RABB LAW FIRM, PLLC
3950 Valley Commons Drive, Suite 1
Bozeman, MT 59718
Telephone: (406) 404-1747
Facsimile: (406) 551-6847
Email: service@therabblawfirm.com
*Attorney for Appellee*

Quentin M. Rhoades
RHOADES & ERICKSON PLLC
430 Ryman Street
Missoula, Montana, 59802
Telephone: 406-721-9700
Email: courtdocs@montanalawyer.com
*Attorney for Appellant*

ORDER EXTENDING TIME TO FILE APPELLEE'S BRIEF

Appellee Scott Rysewyk having filed a Motion for Extension of Time to File Appellee's Answer Brief, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellee's Motion is GRANTED. Appellee's Answer Brief shall be due on March 6, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2023

ORDER EXTENDING TIME TO FILE APPELLEE'S BRIEF